COM.

v.

**VELAZQUEZ, N.**

**3084 EDA 2016**

Superior Court of Pennsylvania.

06/20/2017

CP–51–CR–0010833–2013 (Philadelphia)

Affirmed

**COM. of Pa. EX REL. SCHELL, T.**

v.

**LINK, C.**

**3383 EDA 2016**

Superior Court of Pennsylvania.

06/20/2017

2016–008073
(Delaware)
Vacated/Remanded

COM.

v.

**SMITH, K.**

**36 EDA 2017**

Superior Court of Pennsylvania.

06/20/2017

CP–51–CR–0106241–1989 (Philadelphia)

Affirmed

**ERIE INSURANCE EXCHANGE**

v.

**LUTZ, M.**

**1838 MDA 2016**

Superior Court of Pennsylvania.

06/20/2017

15–16318 (Berks)

Affirmed

COM.

v.

**CARSON, G.**

**77 MDA 2017**

Superior Court of Pennsylvania.

06/20/2017

CP–40–CR–0003201–2008
(Luzerne)
Affirmed

COM.

v.

**SMITH, J.**

**1031 WDA 2015**

Superior Court of Pennsylvania.

06/20/2017

CP–02–CR–0008899–2014 (Allegheny)

Affirmed

